Patrick M. Howe (SBN 154669)
*pat@patrickhowelaw.com*
PATRICK HOWE LAW, APC
402 W. Broadway, Ste. 1025
San Diego, CA 92101
(619) 398-3422 Phone
(619) 452-2507 Fax

Attorney for plaintiff
Integon National Insurance Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Integon National Insurance Company,<br><br>   Plaintiff,<br><br>   v.<br><br>Michael Adorjan and First National Insurance Company of America,<br><br>   Defendants. | Case No. 2:21-cv-00387-MCE-CKD<br><br>**Request for Extension of Time for defendant Michael Adorjan to Respond to Complaint; Order Thereon** |

   Pursuant to L.R. 144, plaintiff Integon National Insurance Company requests that the Court enter an order extending defendant Michael Adorjan's time to respond to the complaint (Dkt. 1) until April 29, 2021. In support of this request, plaintiff states the following:

   1.   Mr. Adorjan was served with summons and complaint on March 7, 2021, as reflected by the proof of service on file as Dkt. 6.

   2.   Prior to the expiration of Mr. Adorjan's time to respond to the complaint, plaintiff's counsel received a phone call from an attorney. The

attorney stated he was representing Mr. Adorjan in the underlying state court action alleged in the complaint, but was not representing Mr. Adorjan in this federal court case.

3.  During the phone call, the attorney told plaintiff's counsel that Mr. Adorjan wanted until April 29, 2021 to respond to the complaint because his wife was about to give birth to a child in Mr. Adorjan needed time to determine whether he would be retaining counsel in this case.

4.  Plaintiff's counsel agreed to the extension given the circumstances.

5.  Because Mr. Adorjan has not appeared in this case, a stipulation between the parties could not be filed. This request was filed instead.

April 12, 2021

PATRICK HOWE LAW, APC

By: /s/ *Patrick M. Howe*
Patrick M. Howe
Attorney for plaintiff Integon
National Insurance Company

## ORDER

Based upon the above request, the Court hereby orders that defendant Michael Adorjan shall have up to and including April 29, 2021 to respond to plaintiff's complaint.

IT IS SO ORDERED.

Dated: April 12, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE