BLAKE J. RUSSUM (SBN 258031)
BIRGIT HUBER WILLAND (SBN 149893)
ROPERS MAJESKI PC
445 South Figueroa Street
Suite 3000
Los Angeles, CA 90071
(213) 312-2000 Phone
(213) 312-2001 Fax
Email: blake.russum@ropers.com;
birgit.willand@ropers.com

Attorneys for Defendant
FIRST NATIONAL INSURANCE COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEGON NATIONAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL ADORJAN and FIRST NATIONAL INSURANCE COMPANY OF AMERICA,<br><br>Defendant. | Case No. 2:21-cv-00387-MCE-CKD<br><br>**STIPULATION TO SET ASIDE DEFAULT OF FIRST NATIONAL INSURANCE COMPANY OF AMERICA; ORDER** |

Plaintiff, Integon National Insurance Company ("Integon"), and Defendant First National Insurance Company of America ("First National"), by and through their respective attorneys of record, agree as follows:

WHEREAS, on March 2, 2021, Integon filed a Complaint in the Eastern District of California (Dkt #1);

WHEREAS, on March 2, 2021, a Summons was issued as to First National by the Eastern District of California (Dkt. # 4);

WHEREAS on March 4, 2021, First National was personally served through its Registered Agent, CSC Lawyers Incorporating Service (Dkt. # 7);

///

WHEREAS, on April 6, 2021, pursuant to Federal Rules of Civil Procedure Rule 55(a), Integon requested that the Clerk of Court enter default against First National (Dkt. # 8);

WHEREAS, on April 7, 2021, the Clerk of Court for the Eastern District of California entered default against First National (Dkt. # 10);

WHEREAS, when the present action was served upon First National, First National erroneously believed that the present matter was a different, yet similar, declaratory relief action, also arising from an underlying subrogation action, and the attorney representing First National in the subrogation action was representing First National in the instant declaratory relief action;

WHEREAS, on May 11, 2021, when First National first became aware that the present action was a separate declaratory relief action, and no counsel had been retained to represent First National, First National immediately retained Ropers Majeski PC to represent its interests in the present action;

WHEREAS, on May 11, 2021, when Blake J. Russum, Esq. reviewed the Docket in the present case, First National first learned that a Default had been entered by the Clerk of the Court;

WHEREAS, on May 12, 2021, Mr. Russum sought to meet and confer with counsel for Integon, Patrick Howe, regarding First National's request to set aside the Default for good cause;

WHEREAS, on May 13, 2021, Mr. Russum spoke with Mr. Howe regarding the circumstances that led to First National's inadvertent failure to respond to the Complaint in the present case, and Mr. Howe agreed to consult with his client regarding a stipulation to set aside the Default; and

WHEREAS on May 18, 2021, Mr. Howe notified Mr. Russum that his client, Integon, agreed to stipulate to vacate and set aside the default entered against First National by the Court Clerk;

IT IS HEREBY STIPULATED, as follows:

1. Integon and First National request that the default entered by the Court Clerk, on April 7, 2021, be vacated and set aside;

2. The last day for First National to file its responsive pleading to Integon's Complaint shall be fifteen (15) calendar days from the date the Order is entered by the Court.

Dated: May 24, 2021                           PATRICK HOWE LAW, APC

By: */s/ Patrick M. Howe*
PATRICK M. HOWE
Attorneys for Plaintiff
INTEGON NATIONAL INSURANCE COMPANY

Dated: May 24, 2021                           ROPERS MAJESKI PC

By: */s/ Blake J. Russum*
BLAKE J. RUSSUM
BIRGIT HUBER WILLAND
Attorneys for Defendant
FIRST NATIONAL INSURANCE COMPANY OF AMERICA

## **ORDER**

Pursuant to the Stipulation of the parties, and for good cause shown, it is hereby ORDERED that the default entered against defendant First National Insurance Company of America on April 7, 2021 is hereby vacated and set aside. Defendant First National Insurance Company of America shall file a responsive pleading within fifteen (15) calendar days from the date of this Order

IT IS SO ORDERED:

Dated: June 1, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

4828-1894-3722.2

STIPULATION TO SET ASIDE DEFAULT OF FIRST NATIONAL INS. CO. OF AM.; ORDER -CASE NO. 2:21-CV-00387-MCE-CKD