UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Integon National Insurance Company,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Michael Adorjan and First National Insurance Company of America,<br><br>　　　　Defendants. | Case No. 2:21-cv-00387-MCE-CKD<br><br>**Order on Stipulation to Dismissal under Fed. R. Civ. P. 41(a)(1)(A)(2)** |

　　The Court has considered the parties' stipulation pursuant to Fed. R. Civ. P. 41(a)(1)(A)(2) (Dkt. 18). Finding good cause for the relief requested, the Court hereby orders the complaint is dismissed, with prejudice, each party to bear its/his own attorney's fees and costs.  The matter having now been concluded in its entirety, the Clerk of Court is directed to close the file.

　　IT IS SO ORDERED.

Dated:  November 24, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE